IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE IMPINJ, INC. DERIVATIVE<br>LITIGATION, | :<br>:<br>: | Lead Civil Action No. 18-1686-RGA |

**ORDER**

WHEREAS, the above-captioned case was stayed on January 25, 2019, due to litigation presently pending before the United States District Court for the Western District of Washington (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so that this case may be reopened and other appropriate action may be taken.

January 30, 2019
DATE

_/s/ Richard G. Andrews_
UNITED STATES DISTRICT JUDGE